Mr. Charles H. Goldstein
Mr. Jonathan A. Goldstein
THE GOLDSTEIN LAW FIRM, PC
8912 Burton Way
Beverly Hills, California 90211
T: 310.553.4746/F: 310.282.8070
cgoldstien@gpfirm.com
jgoldstein@gpfirm.com
Attorneys for Plaintiff/Cross-Defendant S. T. & I., INC.,
A California Corporation

Mr. Robert L. Kenny
Law Offices of Robert L. Kenny
501 West Broadway, Suite 1370
San Diego, California 92101
T:619.234.1616/F:619.234.1650
rkenny@kennylaw.net
Attorneys for Defendants/Cross-Complainants
VIKING METALLURGICAL CORP.,
a Nevada Corporation also doing business as
FIRTH RIXSON VIKING and JFB FIRTH RIXSON, INC.,
a Delaware Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| S. T. & I, INC., a California Corporation | CASE NO.: CV 10-08509 SJO (VBKx) |
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| VIKING METALLURGICAL CORP., a Nevada Corporation also doing business as FIRTH RIXSON VIKING, JFB FIRTH RIXSON, INC., a Delaware Corporation, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT THE COURT HEREBY GRANTS** PLAINTIFF S. T. & I, INC., a California Corporation ("hereinafter referred to as PLAINTIFF") and DEFENDANTS VIKING METALLURGICAL CORP., a Nevada Corporation also doing business as FIRTH RIXSON VIKING and JFB FIRTH RIXSON, INC., a Delaware Corporation ("hereinafter collectively referred to as DEFENDANTS") joint Stipulation and [Proposed] Protective order based on the terms and conditions agreed to by the parties in their joint Stipulation filed with the Court.

/ / /

/ / /

**IT IS SO ORDERED:**

DATED: May 25, 2011 _____/s/_____
VICTOR B. KENTON
United States MAGISTRATE JUDGE